# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **CHAO ZHANG,** Defendant. | PO-23-5031-GF-JTJ **VIOLATION:** E1383993 **Location Code: M13** **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $37 fine and $30 processing fee for violation E1383993 (for a total of $67), and for good cause shown, **IT IS ORDERED** that the $67 fine paid by the defendant is accepted as a full adjudication of violation E1383993.

**IT IS FURTHER ORDERED** that the bench trial scheduled for February 9, 2023, is **VACATED.**

DATED this <u>8th</u> day of February, 2023.

_____
John T. Johnston
United States Magistrate Judge